■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO GARCIA, Appellant.—Judgment of the Supreme Court, Bronx County, rendered January 3, 1977, unanimously affirmed. Application by appellant's counsel pursuant to *Anders v California* (386 US 738) and *People v Saunders* (52 AD2d 833), to withdraw as counsel denied. Counsel has argued the merits and urged reversal herein. The procedure of *People v Saunders (supra)* is therefore, unavailable *(People v Shaw, 59* AD2d 873). Concur—Kupferman, J. P., Lupiano, Birns and Fein, JJ.